UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STANFORD COPLEY AND SUSAN COPLEY,

                    Plaintiff,

    -against-

THE ALLSTATE INDEMNITY COMPANY.

                    Defendant.

Civil Action No.  1:16-cv-00199

**STIPULATION OF DISMISSAL WITH PREJUDICE**

*Electronically Filed*

---

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Stanford Copley and Susan Copley and Defendant Allstate Indemnity Company ("Allstate"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action and all claims against Allstate, are hereby DISMISSED WITH PREJUDICE, and with each party bearing its own attorneys' fees and costs.

Dated: Tuesday, February 13, 2018

| | |
|---|---|
| **WONG FLEMING** | **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.** |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| <u>/s/ Daniel C. Fleming</u><br>Daniel C. Fleming, Esq.<br>300 East 42nd Street, 14th Floor<br>New York, NY 10017<br>Phone: (212) 643-9668<br>Fax: (212) 643-9640<br>Email: dfleming@wongfleming.com | <u>/s/ Jason A. Copley</u><br>Jason A. Copley<br>55 Broadway, Suite 901<br>New York, NY 10006<br>Phone: (212) 871-7400 Ext. 4707<br>Fax: (212) 918-1562<br>Email: jcopley@cohenseglias.com |

**SO ORDERED:**

_____
     Lawrence J. Vilardo
United States District Judge